IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

QUINCY LEE CLAYTON                                                            PETITIONER

VS.                                                          CIVIL ACTION NO. 2:16-cv-103-KS-LRA

LEPHER JENKINS, WARDEN                                                     RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on August 29, 2017, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the ___13th___ day of September, 2017.

　　　　　　　　　　　　　　　　　　　　__s/Keith Starrett_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE